IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KAFELE CLARKE,

       Petitioner,

v.                                    Case No.  5D16-4128

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed January 20, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando, and, Jared Adelman, Assistant Public Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 4, 2016, judgment and sentence in Case No. 2016-CF-001473-A-OR in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


PALMER, ORFINGER, LAMBERT, JJ., concur.